UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE FELDE,<br><br>            Plaintiff,<br><br>    v.<br><br>L. OGBUEHI, et al.,<br><br>            Defendants. | No. 1:22-cv-00286-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 7) |

Plaintiff Drake Felde is a prisoner proceeding pro se and in forma pauperis with this civil rights complaint filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2022, the Magistrate Judge issued findings and recommendations that recommended dismissal due to Plaintiff's failure to update his address of record in compliance with Local Rule 182(f). (ECF No. 7.) The findings and recommendations served on Plaintiff contained notice that any objections were due within fourteen days. (*Id.* at 4–5). The findings and recommendations were returned as undeliverable. Plaintiff has not filed any objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 27, 2022, (ECF No. 7), are adopted in full;
2. This matter is dismissed without prejudice; and
3. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   January 19, 2023

_____
UNITED STATES DISTRICT JUDGE